STATE OF ILLINOIS
SUPREME COURT

At a Term of the Supreme Court, begun and held in Springfield, on Monday, the fourteenth day of March, 2016.

Present: Rita B. Garman, Chief Justice
Justice Charles E. Freeman     Justice Robert R. Thomas
Justice Thomas L. Kilbride     Justice Lloyd A. Karmeier
Justice Anne M. Burke          Justice Mary Jane Theis

---

On the twenty-second day of March, 2016, the Supreme Court entered the following judgment:

In re:

M.R.27917

James Larry Karraker                      Attorney
305 Wiedlocher Road                       Registration and
Ana, IL  62906-3035                       Disciplinary
                                          Commission
                                          2014PR00107

The petition by the Administrator of the Attorney Registration and Disciplinary Commission to impose discipline on consent pursuant to Supreme Court Rule 762(b) is allowed, and respondent James Larry Karraker is suspended from the practice of law for ninety (90) days and until he pays restitution in the amount of $5,000, plus statutory interest accruing from March 1, 2010, to Amber Aldridge Jackson.

Suspension effective April 12, 2016.

Respondent James Larry Karraker shall reimburse the Client Protection Program Trust Fund for any Client Protection payments arising from his conduct prior to the termination of the period of suspension.

Order entered by the Court.

As Clerk of the Supreme Court of the State of Illinois and keeper of the records, files and Seal thereof, I certify that the foregoing is a true copy of the final order entered in this case.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Court, this twenty-second day of March, 2016.

*Carolyn Toft Grosboll*
Clerk,
Supreme Court of the State of Illinois